THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THOMAS COPLEY, MARVIN COYNER, and ELIZABETH EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>ZF TRW AUTOMOTIVE HOLDINGS CORP., HYUNDAI MOTOR AMERICA, INC., AND KIA MOTOR AMERICA, INC.,<br><br>Defendants. | No. 2:19-cv-00707-RSL<br><br>STIPULATED MOTION AND (PROPOSED) ORDER TO AMEND ZF DEFENDANTS' RESPONSIVE PLEADING DEADLINE<br><br>NOTE ON MOTION CALENDAR:<br>May 20, 2019 |

## STIPULATED MOTION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiffs Thomas Copley, Marvin Coyner, and Elizabeth Evans ("Plaintiffs"), and Defendants ZF-TRW Automotive Holdings Corp. and TRW Automotive U.S. LLC (collectively, the "ZF Defendants"), by and through counsel, hereby stipulate and move that the deadline for the ZF Defendants to answer, move, or otherwise plead in response to Plaintiffs' Class Action Complaint be extended to and including July 1, 2019.

The parties hereby stipulate as follows:

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND
RESPONSIVE PLEADING DEADLINE – 1
No. 2:19-cv-00707-RSL

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

On May 10, 2019, Plaintiffs filed a Class Action Complaint in the above-captioned matter. Dkt. # 1. In telephonic and written communication thereafter, counsel for Plaintiffs and counsel for the ZF Defendants agreed to an extension of time for the ZF Defendants to answer, move, or otherwise plead in response to Plaintiffs' Class Action Complaint. Such pleading shall be filed on or before July 1, 2019.

The parties agree and stipulate that there is good cause to continue the deadline for the ZF Defendants to respond in light of other recently-filed lawsuits that raise similar allegations.

STIPULATED AND AGREED TO this 20th day of May, 2019.

s/ Ryan McDevitt
Lynn Lincoln Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
Ryan McDevitt, WSBA #43305
Erika Keech, WSBA #45988
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel (206) 623-1900
Fax (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
ekeech@kellerrohrback.com

*Attorneys for Plaintiffs*

s/ William R. Squires III
William R. Squires III, WSBA No. 4976
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
E-mail: rsquires@corrcronin.com

*Attorneys for Defendants ZF-TRW Automotive Holdings Corp. and TRW Automotive U.S. LLC.*

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND
RESPONSIVE PLEADING DEADLINE – 2
No. 2:19-cv-00707-RSL

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## ORDER

Pursuant to the above stipulation, and good cause appearing, IT IS SO ORDERED that Defendants ZF-TRW Automotive Holdings Corp. and TRW Automotive U.S. LLC shall file an answer, motion, or other responsive pleading on or before July 1, 2019.

DATED: May 21, 2019

*MAS Lasnik*

Robert S. Lasnik
United States District Judge

Presented by:

s/ William R. Squires III
William R. Squires III, WSBA No. 4976
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
E-mail: rsquires@corrcronin.com
*Attorneys for Defendants ZF-TRW Automotive Holdings Corp. and TRW Automotive U.S. LLC*

s/ Ryan McDevitt
Lynn Lincoln Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
Ryan McDevitt, WSBA #43305
Erika Keech, WSBA #45988
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel (206) 623-1900
Fax (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
ekeech@kellerrohrback.com
*Attorneys for Plaintiffs*

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND
RESPONSIVE PLEADING DEADLINE – 3
No. 2:19-cv-00707-RSL

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900