THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS COPLEY, MARVIN COYNER, and ELIZABETH EVANS,

Plaintiffs,

v.

ZF TRW AUTOMOTIVE HOLDINGS CORP., HYUNDAI MOTOR AMERICA, INC., AND KIA MOTOR AMERICA, INC.,

Defendants.

No. 2:19-cv-00707-RSL

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE DEADLINES

NOTE ON MOTION CALENDAR:

JUNE 13, 2019

**STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiffs Thomas Copley, Marvin Coyner, and Elizabeth Evans ("Plaintiffs"), and Defendants ZF TRW Automotive Holdings Corp., Hyundai Motor America, Inc., and Kia Motor America, Inc. ("Defendants"), by and through counsel, hereby stipulate and move that the time for Defendants to answer, move, or otherwise plead in response to Plaintiffs' Complaint and for Plaintiffs to file a motion for class certification in accordance with LCR 23(i)(3) shall be amended as provided herein.

Specifically, the parties hereby stipulate as follows:

On May 10, 2019, Plaintiffs filed a Class Action Complaint in the above-captioned matter. Dkt. # 1. In civil actions now pending in other federal district courts ("Related Actions"),[1] other plaintiffs have asserted related or similar claims to those made in this action.

On June 5, 2019, counsel for plaintiffs in two Related Actions filed a motion pursuant to 28 U.S.C. § 1407 (the "Consolidation Motion") with the Judicial Panel On Multidistrict Litigation ("Panel") seeking to coordinate the Related Actions for consolidated pre-trial proceedings in a single jurisdiction, opening MDL No. 2905.

The parties agree and stipulate that there is good cause to extend the time for Defendants to answer, move, or otherwise plead in response to Plaintiffs' Complaint and for Plaintiffs to file a motion for class certification in accordance with LCR 23(i)(3) until after the Panel rules on the Consolidation Motion, because doing so will conserve the Court's and the parties' resources and avoid duplicative or inconsistent rulings in this case and the other Related Actions.

---

[1] *See Samouris v. ZF-TRW Auto. Holdings Corp.*, No. 2:19-cv-11215-MAG-EAS (E.D. Mich. Apr. 26, 2019); *Hernandez v. Hyundai Motor Am., Inc.*, No. 8:19-cv-00782-JAK-FFM (C.D. Cal. Apr. 29, 2019); *Payne v. ZF Friedrichshafen AG*, No. 1:19-cv-21681-MGC (S.D. Fla. Apr. 30, 2019); *Rubio v. ZF-TRW Auto. Holdings Corp.*, No. 2:19-cv-11295-MAG-EAS (E.D. Mich. May 3, 2019); *Altier v. ZF-TRW Auto. Holdings Corp.*, No. 8:19-cv-00846-JAK-FFM (C.D. Cal. May 6, 2019); *Santos v. ZF Friedrichshafen AG*, No. 0:19-cv-61174-WPD (S.D. Fla. May 8, 2019); *Radi v. FCA ("Fiat Chrysler Automobiles") US LLC*, No. 1:19-cv-02769-FB-LB (E.D.N.Y. May 10, 2019); *Croft v. ZF Friedrichshafen AG*, No. 2:19-cv-04256-JAK-FFM (C.D. Cal. May 16, 2019); *Heilman-Ryan v. ZF TRW Auto. Holdings Corp.*, No. 4:19-cv-11464-MFL-EAS (E.D. Mich. May 17, 2019); *Bell v. ZF Friedrichshafen AG*, No. 8:19-cv-00963-JAK-FFM (C.D. Cal. May 21, 2019); *Bliss v. ZF Friedrichshafen AG*, No. 8:19-cv-00970-JAK-FFM (C.D. Cal. May 21, 2019); *McFadden v. Hyundai Motor America, Inc.*, No. 8:19-cv-01154-JVS-JDE (C.D. Cal. Jun. 10, 2019); *Carroll v. American Honda Motor Company, Inc.*, No. 8:19-cv-01155-JVS-JDE (C.D. Cal. Jun. 10, 2019).

The parties further agree and stipulate that subject to this Court's approval, by and between the Plaintiffs and Defendants, by and through their undersigned counsel or counsel acting on their behalf, that:

1. The deadlines related to initial disclosures and submission of the Joint Status Report and Discovery Plan set by the Court, *see* ECF No. 23, are continued until after the Panel rules on the Consolidation Motion. The parties agree to confer and propose new deadlines, if the Panel denies the Consolidation Motion;
2. Defendants' time to answer, move, or otherwise plead in response to Plaintiffs' Complaint shall be continued until after the Panel rules on the Consolidation Motion as follows:

(i) In the event that the Panel denies the Consolidation Motion, or MDL No. 2905 is otherwise terminated, (1) the Defendants' time to answer, move, or otherwise plead in response to Plaintiffs' Complaint shall be extended until 45 days after the Panel's order denying transfer or other event resulting in termination of the proceedings in MDL No. 2905; (2) Plaintiffs shall have 45 days to respond to any motion(s) that may be made by Defendants directed to the Complaint; and (3) Defendants shall have 30 days after Plaintiffs' response(s) to file any reply in support of any motion(s) that may be directed to the Complaint;

(ii) In the event that the Panel grants the Consolidation Motion, the Defendants' time to answer, move, or otherwise plead in response to Plaintiffs' Complaint; Plaintiffs' time to respond to any motion(s); and Defendants' time to file any reply shall be determined as ordered by the Transferee Court;

3. The deadlines pursuant to LCR 23(i)(3) are continued until after the Panel rules on the Consolidation motion. The parties are to confer regarding a class certification briefing schedule, if the Panel denies the Consolidation Motion; and

4. Entry into this stipulation by the Defendants shall not constitute a waiver of any defenses. For the avoidance of doubt, the Defendants expressly preserve and do not waive any other defenses, including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, insufficiency of process, or improper venue. The Defendants expressly reserve their rights to raise such defenses in any responsive pleading.

STIPULATED AND AGREED TO this 13th day of June, 2019.

s/ *Ryan McDevitt*
Lynn Lincoln Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
Ryan McDevitt, WSBA #43305
Erika Keech, WSBA #45988
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel (206) 623-1900
Fax (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
ekeech@kellerrohrback.com

*Attorneys for Plaintiffs*

s/ *William R. Squires III*
William R. Squires III, WSBA No. 4976
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
E-mail: rsquires@corrcronin.com

*Attorneys for Defendant ZF TRW Automotive Holdings Corp.*

s/ *Christopher M. Ledford*
Christopher M. Ledford, WSBA #44515
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

Telephone: (206) 359-8000
Facsimile: (206) 359-9000
cledford@perkinscoie.com

s/ *Lance A. Etcheverry*
Lance A. Etcheverry, *Pro hac vice*
Caroline Van Ness, *Pro hac vice*
Matthew J. Tako, *Pro hac vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Tel (650) 470-4500
Fax (650) 470-4570
Lance.Etcheverry@skadden.com
Caroline.VanNess@skadden.com
Matthew.Tako@skadden.com

John H. Beisner, *Pro hac vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, DC 20005
Tel (202) 371-7000
Fax (202) 393-5760
John.Beisner@skadden.com

*Attorneys for Defendants Hyundai Motor America, Inc. and Kia Motor America, Inc.*

**[PROPOSED] ORDER**

Pursuant to the above stipulation, and good cause appearing, IT IS SO ORDERED that:

1. The deadlines related to initial disclosures and submission of the Joint Status Report and Discovery Plan set by the Court, *see* ECF No. 23, are continued until after the Judicial Panel On Multidistrict Litigation ("Panel") rules on the motion filed pursuant to 28 U.S.C. § 1407, opening MDL No. 2905 (the "Consolidation Motion"). The parties agree to confer and propose new deadlines, if the Panel denies the Consolidation Motion;

2. Defendants' time to answer, move, or otherwise plead in response to Plaintiffs' Complaint shall be continued until after the Panel rules on the Consolidation Motion as follows:

   (i) In the event that the Panel denies the Consolidation Motion, or MDL No. 2905 is otherwise terminated, (1) the Defendants' time to answer, move, or otherwise plead in response to Plaintiffs' Complaint shall be extended until 45 days after the Panel's order denying transfer or other event resulting in termination of the proceedings in MDL No. 2905; (2) Plaintiffs shall have 45 days to respond to any motion(s) that may be made by Defendants directed to the Complaint; and (3) Defendants shall have 30 days after Plaintiffs' response(s) to file any reply in support of any motion(s) that may be directed to the Complaint; or

   (ii) In the event that the Panel grants the Consolidation Motion, the Defendants' time to answer, move, or otherwise plead in response to Plaintiffs' Complaint; Plaintiffs' time to respond to any motion(s); and Defendants' time to file any reply shall be determined as ordered by the Transferee Court;

3. The deadlines pursuant to LCR 23(i)(3) are continued until after the Panel rules on the Consolidation motion. The parties are to confer regarding a class certification briefing schedule, if the Panel denies the Consolidation Motion; and

4. Entry into this stipulation by the Defendants shall not constitute a waiver of any defenses. For the avoidance of doubt, the Defendants expressly preserve and do not waive any other defenses, including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, insufficiency of process, or improper venue. The Defendants expressly reserve their rights to raise such defenses in any responsive pleading.

DATED: June 17, 2019

Robert S. Lasnik
United States District Judge

Presented by:

s/ Ryan McDevitt
Lynn Lincoln Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
Ryan McDevitt, WSBA #43305
Erika Keech, WSBA #45988
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel (206) 623-1900
Fax (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
ekeech@kellerrohrback.com
*Attorneys for Plaintiffs*

s/ *William R. Squires III*
William R. Squires III, WSBA No. 4976
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
E-mail: rsquires@corrcronin.com
*Attorneys for Defendant ZF TRW Automotive Holdings Corp.*

s/ *Christopher M. Ledford*
Christopher M. Ledford, WSBA #44515
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
cledford@perkinscoie.com

s/ *Lance A. Etcheverry*
Lance A. Etcheverry, *Pro hac vice*
Caroline Van Ness, *Pro hac vice*
Matthew J. Tako, *Pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Tel (650) 470-4500
Fax (650) 470-4570
Lance.Etcheverry@skadden.com
Caroline.VanNess@skadden.com
Matthew.Tako@skadden.com

John H. Beisner, *Pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, DC 20005
Tel (202) 371-7000
Fax (202) 393-5760
John.Beisner@skadden.com

*Attorneys for Defendants Hyundai Motor America, Inc. and Kia Motor America, Inc.*